FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2025-2799

_____

KENYA JONES,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____


On appeal from the Circuit Court for Union County.
James M. Colaw, Judge.


July 22, 2026

PER CURIAM.

The Court quashes the order below. *See Daniels v. State*, 712 So. 2d 765, 765 (Fla. 1998) ("[D]uring the pendency of a defendant's direct appeal, the trial court is without jurisdiction to rule on a motion for postconviction relief.").

LEWIS, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kenya M. Jones, pro se, Appellant.

No appearance for Appellee.